R. N. Tendai Richards (RR6023)
**WINNE, BANTA, HETHERINGTON,**
 **BASRALIAN & KAHN, P.C.**
Court Plaza South – East Wing
21 Main Street - Post Office Box 647
Hackensack, New Jersey 07602
(201) 487-3800
Attorneys for Plaintiff
Syed Alizaidy

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYED ALIZAIDY,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>　　　　　　　　　　Respondent. | Civil Action No. 2:09-cv-02323 (PGS)(ES)<br><br>Civil Action<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV. PRO. 41(a)(1)(A)** |

**PLEASE TAKE NOTICE** that the plaintiff, Syed Alizaidy, hereby voluntarily dismisses his Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

　　　　　　　　　　　　　　　　　　　WINNE, BANTA, HETHERINGTON,
　　　　　　　　　　　　　　　　　　　BASRALIAN & KAHN, PC

　　　　　　　　　　　　　　　　　　　s/R.N. Tendai Richards
　　　　　　　　　　　　　　　　　　　R. N. Tendai Richards (RR6023)

SO ORDERED: _____
DATED: 9/07/09

06467-00002
97819v1